

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00799-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

## ORDER

Sitting:        Marialyn Barnard, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

The Relator's motion to compel is hereby moot.

It is so **ORDERED** on December 19, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Sid L. Harle presiding.